

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA     '08 MJ 8382

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 |
| Fernando AGRAMON-Romero, ) | Importation of a Controlled Substance (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about May 5, 2008 within the Southern District of California, defendant Fernando AGRAMON-Romero, did knowingly and intentionally import approximately 17.41 kilograms (38.30 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Enrique Torregrosa  Special Agent
U. S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 6th DAY OF MAY 2008.

_____
NITA L. STORMS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Fernando AGRAMON-Romero

STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Enrique Torregrosa.

On May 5, 2008, at approximately 1530 hours, Fernando AGRAMON-Romero entered the United States from the Republic of Mexico via the Andrade, California Port of Entry. AGRAMON made entry into the United States driving a 1997 Ford Thunderbird bearing Baja California Mexican plates AJA1285. AGRAMON was the driver, sole occupant and registered owner of the vehicle.

At primary inspection, AGRAMON gave a negative Customs declaration to Customs and Border Protection Officer (CBPO) Kessler. CBPO Kessler asked AGRAMON about his trip to the United States and AGRAMON stated he was going to Marshall's in Yuma, Arizona. AGRAMON also stated that he owned the vehicle for about three weeks. CBPO Kessler conducted a cursory inspection of the vehicle and noticed that the vehicle was clean, but with mud on the bottom side of the front bumper. CBPO Kessler referred the AGRAMON and his vehicle to vehicle secondary for further inspection.

At the secondary area, CBPO Juarez obtained a negative Customs declaration and requested for CBP Canine Officer Dahin to search the vehicle. CBP Canine Officer Dahin screened the vehicle utilizing his assigned Human/Narcotic Detector Dog (HNDD). HNDD alerted to the passenger side front bumper. CBPO Dahin advised SCBPO Bowles of the alert and CBPO Lynn escorted AGRAMON to the pedestrian secondary office for further inspection.

A subsequent search of the vehicle by CBPO Lawton and CBP Canine Officer Dahin revealed eighteen packages concealed within the front bumper. The approximate weight of the packages was 17.41 kilograms (38.30 pounds). CBP Canine Officer Dahin probed one package, which produced a green leafy substance, which field-tested positive for marijuana.

AGRAMON was arrested for importation of marijuana into the United States. AGRAMON was advised of his Miranda Rights, which he acknowledged and waived agreeing to answer questions without the presence of an attorney. AGRAMON stated that he was going to be paid $800.00 to smuggle the marijuana into the United States. AGRAMON also stated that he knew it was illegal to smuggle marijuana into the United States.